**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| ROMEX TEXTILES, INC., | Case No. 2:13-cv-07473-ODW (PJW) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LIN CHEN INDUSTRIAL CO., LTD., | |
| Defendant. | |

On October 9, 2013, Plaintiff Romex Textiles, Inc. ("Plaintiff") filed this action against Defendants Lin Chen Industrial Co., Ltd. ("Lin Chen") for breach of contract, breach of express warranty, breach of implied warranty of merchantability, unjust enrichment, fraud, and misrepresentation. (ECF No. 1.)  On April 30, 2014, the Clerk of Court entered a default against Lin Chen. (ECF No. 26.)  On August 13, 2015, this Court granted Plaintiff's Application for Default Judgment against Lin Chen. (ECF No. 34.)

/ / /
/ / /
/ / /
/ / /
/ / /

1 / / /

2 / / /

3   In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

   1. Lin Chen is liable for Plaintiff's claims for breach of contract, breach of express and implied warranties, and fraud;

   2. Plaintiff shall recover from Lin Chen the sum of Three Hundred and Three Thousand, One Hundred Dollars ($303,100.00).

**IT IS SO ORDERED.**

September 21, 2016

_____
                **OTIS D. WRIGHT, II
        UNITED STATES DISTRICT JUDGE**